NUMBER 13-06-024-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

___________________________________________________________________

 

JUAN
CANTU,                                                        Appellant,

 

                                           v.

 

SHARYLAND
LP,                                                      Appellee.

___________________________________________________________________

 

             On appeal from the County
Court at Law No. 2 

                           of Hidalgo
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

                 Before Justices
Hinojosa, Yañez, and Garza

Memorandum
Opinion Per Curiam

 








Appellant, JUAN
CANTU, perfected an appeal from a judgment entered by the County
Court at Law No. 2 of Hidalgo County, Texas, in cause number
CL-04-018-B.  After the
notice of appeal was received, appellant filed a motion to dismiss the appeal
for want of jurisdiction.  In the motion,
appellant states a subsequent judgment was entered in this cause which is
presumed to vacate the first judgment. 
Appellant requests that this Court dismiss the appeal for want of
jurisdiction.

The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Memorandum Opinion delivered and filed this

the 23rd day of February,
2006.